| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. RBC (Royal Bank of Canada), bank accounts | E | Interest | P1 | T | | | | | |
| 597. RBC Dominion Securities Inc | | | | | | | | | Amended See Part VIII |
| 598. - Government of Canada Provincial Treasury Bills | B | Interest | | | Sold | 03/28/13 | M | C | |
| 599. - Canada Housing Trust Mtge Bds | D | Interest | | | Sold (part) | 03/28/13 | M | D | |
| 600. | | | | | Sold (part) | 07/14/13 | N | | |
| 601. | | | | | Sold | 12/15/13 | M | B | |
| 602. - National Bank of Canada GIC (annual due 8/6/14) | C | Interest | L | T | | | | | |
| 603. - Royal Bank of Canada GIC (annual due 8/6/13) | C | Interest | | | Matured | 08/06/13 | L | | |
| 604. - Province of Ontario Notes (due 9/8/14 & 9/8/15) | E | Interest | N | T | | | | | |
| 605. - Province of Quebec Notes (due 10/1/13) | E | Interest | | | Matured | 10/01/13 | N | | |
| 606. - Hydro Quebec notes (int only package) | D | Interest | | | Sold | 12/18/13 | N | D | |
| 607. - Alberta Cap Fin Auth Bonds | D | Interest | M | T | | | | | |
| 608. - Financement Quebec Bonds (due 12/1/2016) | D | Interest | N | T | Sold (part) | 07/04/13 | L | | Amended See Part VIII |
| 609. - AGF Turst GIC (annual due 2/18/2014) | D | Interest | | | Sold | 12/17/13 | L | | |
| 610. - Homequity Bank GIC (annual due 2/17/15) | C | Interest | L | T | | | | | |
| 611. - Laurentian Bank GIC (annual due 2/17/2013) | B | Interest | | | Matured | 02/17/13 | L | | |
| 612. - Farm Credit Canada Notes | C | Interest | | | Sold | 02/15/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Ville de Montreal Bds | C | Interest | L | T | | | | | |
| 614. - Province of New Brunswick, Canada debentures (due 6/1/13) | B | Interest | | | Sold | 03/26/13 | L | | |
| 615. - Province of Alberta, Canada debentures | D | Interest | M | T | | | | | |
| 616. - Pacific & Western GIC (annual due 2/28/2015) | B | Interest | L | T | | | | | |
| 617. - Resmor Trust Company GIC (annual due 3/2/2015) | C | Interest | | | Sold | 12/16/13 | L | | Amended See Part VIII |
| 618. - Equitable Trust GIC (annual due 8/9/2017) | C | Interest | L | T | | | | | |
| 619. - Natcan GIC (annual due 3/2/2016) | C | Interest | | | Sold | 12/16/13 | L | | |
| 620. - Home Trust Company GIC (annual due 8/9/2017) | C | Interest | L | T | | | | | |
| 621. - Manulife Trust GIC (annual due 8/9/2017) | C | Interest | L | T | | | | | |
| 622. - Royal Trust Company GIC (annual due 8/13/2015) | C | Interest | | | Sold | 12/16/13 | L | | |
| 623. - B2B Trust GIC (annual due 8/13/2015) | C | Interest | | | Sold | 12/16/13 | L | | |
| 624. - RBC Mortgage Corp GIC (annual due 12/5/2016) | B | Interest | | | Sold | 12/16/13 | L | | |
| 625. - Royal Trust Corp GIC (annual due 12/5/2016) | B | Interest | L | T | | | | | |
| 626. - ICICI Bank GIC (annual due 12/5/2017) | C | Interest | | | Sold | 12/16/13 | L | | |
| 627. - HSBC Bank Canada GIC (annual due 2/28/17) (x) | B | Interest | | | Buy | 02/28/13 | L | | |
| 628. | | | | | Sold | 12/17/13 | L | | |
| 629. - Laurentian Bank GIC (annual due 2/28/16) (x) | B | Interest | | | Buy | 02/28/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold | 12/17/13 | L | | |
| 631. - LBC Trust GIC (annual due 2/28/16) (x) | B | Interest | | | Buy | 02/28/13 | L | | |
| 632. | | | | | Sold | 12/16/13 | L | | |
| 633. - Province of Ontario (due 9/8/2017) (x) | B | Interest | | | Buy | 07/09/13 | N | | |
| 634. | | | | | Sold | 12/18/13 | N | C | |
| 635. - Financement Quebec Med Term Notes due 12/1/18 (x) | B | Interest | | | Buy | 07/09/13 | L | | |
| 636. | | | | | Sold | 12/18/13 | L | A | |
| 637. - Canadian Tire Bank GIC (annual due 10/4/17) (x) | | None | L | T | Buy | 10/04/13 | L | | |
| 638. - Manulife Bank CSA GIC (annual due 10/4/16) (x) | | None | L | T | Buy | 10/04/13 | L | | |
| 639. Gold boullion | | None | P1 | T | | | | | See Part VIII |
| 640. MECM Investments LLC (closely held) | H1 | Int./Div. | P3 | W | | | | | |
| 641. - Auburndale FL Municipal Bds | | | | | Sold | 05/28/13 | M | E | |
| 642. - Berkeley Cty SC Municipal Bds | | | | | | | | | |
| 643. - Easley SC Municipal Bds | | | | | | | | | |
| 644. - Maine St Municipal Bds | | | | | | | | | |
| 645. - Ishares MSCI Brazil Capped Index Fd ETF (EWZ) mutual fd | | | | | Sold | 04/01/13 | M | | See Part VIII |
| 646. - SPDR Gold Trust mutual fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Int in MECM Associates II LLC (closely held) | | | | | | | | | See Part VIII |
| 648. - Chatham Cty GA Municipal Bds | | | | | | | | | |
| 649. - MA St College Bldg Auth Municipal Bds | | | | | Sold (part) | 11/26/13 | M | | |
| 650. - NJ St Trans Municipal Bds | | | | | | | | | |
| 651. - Gold Bullion | | | | | | | | | |
| 652. - Federated US Treas Cash Rsv money markt (mutual fd) | | | | | Buy (add'l) | 01/02/13 | K | | |
| 653. | | | | | Buy (add'l) | 01/08/13 | J | | |
| 654. | | | | | Buy (add'l) | 01/15/13 | K | | |
| 655. | | | | | Buy (add'l) | 01/18/13 | P1 | | |
| 656. | | | | | Buy (add'l) | 01/25/13 | K | | |
| 657. | | | | | Buy (add'l) | 01/29/13 | J | | |
| 658. | | | | | Buy (add'l) | 01/31/13 | L | | |
| 659. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 660. | | | | | Buy (add'l) | 02/07/13 | L | | |
| 661. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 662. | | | | | Buy (add'l) | 02/12/13 | K | | |
| 663. | | | | | Buy (add'l) | 02/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 02/15/13 | K | | |
| 665. | | | | | Buy (add'l) | 02/19/13 | J | | |
| 666. | | | | | Buy (add'l) | 02/22/13 | K | | |
| 667. | | | | | Buy (add'l) | 02/25/13 | M | | |
| 668. | | | | | Buy (add'l) | 02/26/13 | K | | |
| 669. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 670. | | | | | Buy (add'l) | 03/01/13 | K | | |
| 671. | | | | | Buy (add'l) | 03/05/13 | L | | |
| 672. | | | | | Buy (add'l) | 03/08/13 | L | | |
| 673. | | | | | Buy (add'l) | 03/11/13 | L | | |
| 674. | | | | | Buy (add'l) | 03/14/13 | L | | |
| 675. | | | | | Buy (add'l) | 03/20/13 | K | | |
| 676. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 677. | | | | | Buy (add'l) | 03/25/13 | K | | |
| 678. | | | | | Buy (add'l) | 03/26/13 | K | | |
| 679. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 680. | | | | | Buy (add'l) | 04/02/13 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 44 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 04/03/13 | K | | |
| 682. | | | | | Buy (add'l) | 04/04/13 | N | | |
| 683. | | | | | Buy (add'l) | 04/17/13 | K | | |
| 684. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 685. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 686. | | | | | Buy (add'l) | 04/29/13 | K | | |
| 687. | | | | | Buy (add'l) | 04/30/13 | L | | |
| 688. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 689. | | | | | Buy (add'l) | 05/06/13 | L | | |
| 690. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 691. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 692. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 693. | | | | | Buy (add'l) | 05/15/13 | K | | |
| 694. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 695. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 696. | | | | | Buy (add'l) | 05/23/13 | L | | |
| 697. | | | | | Buy (add'l) | 05/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 06/13/13 | N | | |
| 699. | | | | | Buy (add'l) | 06/18/13 | K | | |
| 700. | | | | | Buy (add'l) | 06/21/13 | K | | |
| 701. | | | | | Buy (add'l) | 06/24/13 | K | | |
| 702. | | | | | Buy (add'l) | 06/25/13 | K | | |
| 703. | | | | | Buy (add'l) | 06/27/13 | K | | |
| 704. | | | | | Buy (add'l) | 07/12/13 | K | | |
| 705. | | | | | Buy (add'l) | 07/18/13 | K | | |
| 706. | | | | | Buy (add'l) | 07/23/13 | K | | |
| 707. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 708. | | | | | Buy (add'l) | 07/30/13 | K | | |
| 709. | | | | | Buy (add'l) | 07/31/13 | M | | |
| 710. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 711. | | | | | Buy (add'l) | 08/12/13 | J | | |
| 712. | | | | | Buy (add'l) | 08/14/13 | K | | |
| 713. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 714. | | | | | Buy (add'l) | 08/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 716. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 717. | | | | | Buy (add'l) | 08/22/13 | L | | |
| 718. | | | | | Buy (add'l) | 09/16/13 | L | | |
| 719. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 720. | | | | | Buy (add'l) | 09/24/13 | L | | |
| 721. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 722. | | | | | Buy (add'l) | 10/02/13 | K | | |
| 723. | | | | | Buy (add'l) | 10/03/13 | K | | |
| 724. | | | | | Buy (add'l) | 10/24/13 | L | | |
| 725. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 726. | | | | | Buy (add'l) | 11/08/13 | K | | |
| 727. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 728. | | | | | Buy (add'l) | 11/14/13 | K | | |
| 729. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 730. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 731. | | | | | Buy (add'l) | 11/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 11/20/13 | L | | |
| 733. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 734. | | | | | Buy (add'l) | 12/04/13 | K | | |
| 735. | | | | | Buy (add'l) | 12/09/13 | M | | |
| 736. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 737. | | | | | Buy (add'l) | 12/20/13 | K | | |
| 738. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 739. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 740. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 741. | | | | | Buy (add'l) | 12/31/13 | K | | |
| 742. | | | | | Sold (part) | 01/09/13 | K | | |
| 743. | | | | | Sold (part) | 01/10/13 | J | | |
| 744. | | | | | Sold (part) | 01/14/13 | K | | |
| 745. | | | | | Sold (part) | 01/22/13 | O | | |
| 746. | | | | | Sold (part) | 01/25/13 | J | | |
| 747. | | | | | Sold (part) | 02/11/13 | K | | |
| 748. | | | | | Sold (part) | 02/13/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 02/19/13 | J | | |
| 750. | | | | | Sold (part) | 02/20/13 | K | | |
| 751. | | | | | Sold (part) | 02/21/13 | J | | |
| 752. | | | | | Sold (part) | 02/27/13 | K | | |
| 753. | | | | | Sold (part) | 03/06/13 | K | | |
| 754. | | | | | Sold (part) | 03/07/13 | K | | |
| 755. | | | | | Sold (part) | 03/12/13 | L | | |
| 756. | | | | | Sold (part) | 03/13/13 | K | | |
| 757. | | | | | Sold (part) | 03/15/13 | L | | |
| 758. | | | | | Sold (part) | 03/19/13 | K | | |
| 759. | | | | | Sold (part) | 03/22/13 | K | | |
| 760. | | | | | Sold (part) | 04/02/13 | K | | |
| 761. | | | | | Sold (part) | 04/03/13 | P1 | | |
| 762. | | | | | Sold (part) | 04/08/13 | N | | |
| 763. | | | | | Sold (part) | 04/11/13 | K | | |
| 764. | | | | | Sold (part) | 04/18/13 | J | | |
| 765. | | | | | Sold (part) | 05/08/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 05/10/13 | K | | |
| 767. | | | | | Sold (part) | 05/22/13 | L | | |
| 768. | | | | | Sold (part) | 06/03/13 | O | | |
| 769. | | | | | Sold (part) | 06/04/13 | J | | |
| 770. | | | | | Sold (part) | 06/13/13 | K | | |
| 771. | | | | | Sold (part) | 06/17/13 | L | | |
| 772. | | | | | Sold (part) | 06/19/13 | K | | |
| 773. | | | | | Sold (part) | 06/21/13 | K | | |
| 774. | | | | | Sold (part) | 06/24/13 | K | | |
| 775. | | | | | Sold (part) | 06/25/13 | L | | |
| 776. | | | | | Sold (part) | 06/27/13 | K | | |
| 777. | | | | | Sold (part) | 07/02/13 | J | | |
| 778. | | | | | Sold (part) | 07/10/13 | L | | |
| 779. | | | | | Sold (part) | 07/16/13 | K | | |
| 780. | | | | | Sold (part) | 07/22/13 | K | | |
| 781. | | | | | Sold (part) | 07/24/13 | K | | |
| 782. | | | | | Sold (part) | 07/30/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 07/31/13 | J | | |
| 784. | | | | | Sold (part) | 08/21/13 | L | | |
| 785. | | | | | Sold (part) | 09/21/13 | K | | |
| 786. | | | | | Sold (part) | 09/23/13 | J | | |
| 787. | | | | | Sold (part) | 09/27/13 | K | | |
| 788. | | | | | Sold (part) | 09/30/13 | J | | |
| 789. | | | | | Sold (part) | 10/16/13 | L | | |
| 790. | | | | | Sold (part) | 10/17/13 | K | | |
| 791. | | | | | Sold (part) | 10/21/13 | K | | |
| 792. | | | | | Sold (part) | 10/22/13 | K | | |
| 793. | | | | | Sold (part) | 10/24/13 | K | | |
| 794. | | | | | Sold (part) | 10/25/13 | J | | |
| 795. | | | | | Sold (part) | 11/18/13 | J | | |
| 796. | | | | | Sold (part) | 11/22/13 | L | | |
| 797. | | | | | Sold (part) | 12/11/13 | J | | |
| 798. | | | | | Sold (part) | 12/16/13 | K | | |
| 799. | | | | | Sold (part) | 12/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold (part) | 12/20/13 | O | | |
| 801. | | | | | Sold (part) | 12/23/13 | K | | |
| 802. | | | | | Sold (part) | 12/24/13 | L | | |
| 803. | | | | | Sold (part) | 12/31/13 | J | | |
| 804. - Vanguard Developed Mkts Index, mutual fd | | | | | Sold | 04/01/13 | M | E | |
| 805. - Vanguard Dividend Appre, mutual fd | | | | | Sold | 04/01/13 | O | G | |
| 806. - Vanguard Emerging Mkts, mutual fd | | | | | Sold | 04/01/13 | N | E | |
| 807. - Buckeye Partners LP, PTP | | | | | Sold (part) | 01/07/13 | K | | |
| 808. | | | | | Buy (add'l) | 03/04/13 | K | | |
| 809. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 810. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 811. | | | | | Buy (add'l) | 06/14/13 | K | | |
| 812. | | | | | Buy (add'l) | 06/24/13 | K | | |
| 813. | | | | | Buy (add'l) | 10/11/13 | K | | |
| 814. - Access Midstream Partners LP, PTP (f/k/a Chesapeake Mid.) | | | | | Buy (add'l) | 02/12/13 | J | | |
| 815. | | | | | Sold (part) | 07/22/13 | K | E | |
| 816. - Copano Energy LLC, PTP | | | | | Sold (part) | 02/19/13 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold | 03/15/13 | K | D | |
| 818. - DCP Midstream Partners LP, PTP | | | | | Buy (add'l) | 02/28/13 | K | | |
| 819. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 820. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 821. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 822. - El Paso Pipeline Partners LP, PTP | | | | | Buy (add'l) | 06/20/13 | K | | |
| 823. | | | | | Sold (part) | 04/12/13 | K | D | |
| 824. | | | | | Sold (part) | 07/18/13 | J | C | |
| 825. | | | | | Sold (part) | 09/18/13 | K | C | |
| 826. | | | | | Sold (part) | 09/26/13 | K | D | |
| 827. | | | | | Sold (part) | 12/04/13 | M | D | |
| 828. - Enbridge Energy Partners LP, PTP | | | | | Sold (part) | 01/31/13 | K | C | |
| 829. | | | | | Sold | 02/12/13 | K | C | |
| 830. - Energy Transfer Partners LP, PTP | | | | | Sold (part) | 03/11/13 | L | | |
| 831. | | | | | Sold (part) | 12/19/13 | K | D | |
| 832. - Energy Transfer Equity LP, PTP | | | | | Buy (add'l) | 03/08/13 | L | | |
| 833. | | | | | Buy (add'l) | 03/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 04/23/13 | K | | |
| 835. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 836. | | | | | Sold (part) | 07/26/13 | K | D | |
| 837. - Enterprise Prods Partners LP, PTP | | | | | Buy (add'l) | 02/07/13 | K | | |
| 838. | | | | | Sold (part) | 07/25/13 | K | D | |
| 839. - Holly Energy Partners LP, PTP | | | | | Sold (part) | 01/03/13 | K | C | |
| 840. | | | | | Sold | 04/30/13 | K | D | |
| 841. - Kinder Morgan Energy Partners LP, PTP | | | | | Buy (add'l) | 06/19/13 | K | | |
| 842. | | | | | Sold (part) | 02/07/13 | K | B | |
| 843. | | | | | Sold (part) | 03/06/13 | K | A | |
| 844. | | | | | Sold (part) | 07/25/13 | K | D | |
| 845. | | | | | Sold (part) | 09/17/13 | L | B | |
| 846. | | | | | Sold (part) | 12/30/13 | L | D | |
| 847. - Kinder Morgan Inc | | | | | Buy (add'l) | 02/08/13 | K | | |
| 848. | | | | | Sold (part) | 06/20/13 | L | D | |
| 849. | | | | | Sold | 12/04/13 | K | | |
| 850. - Magellan Midstream Partners, PTP | | | | | Buy (add'l) | 06/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 852. | | | | | Sold (part) | 03/28/13 | J | C | |
| 853. | | | | | Sold (part) | 07/25/13 | J | D | |
| 854. | | | | | Sold (part) | 09/27/13 | J | D | |
| 855. | | | | | Sold (part) | 11/13/13 | K | E | |
| 856. - Markwest Energy LP, PTP | | | | | Buy (add'l) | 09/20/13 | K | | |
| 857. - Oneok Partners LP, PTP | | | | | Sold (part) | 02/26/13 | K | | |
| 858. | | | | | Sold (part) | 03/08/13 | K | | |
| 859. | | | | | Sold (part) | 04/23/13 | K | D | |
| 860. | | | | | Sold (part) | 04/24/13 | K | D | |
| 861. | | | | | Sold (part) | 05/02/13 | K | D | |
| 862. | | | | | Sold | 06/18/13 | K | D | |
| 863. - Plains All American Pipeline LP, PTP | | | | | Buy (add'l) | 06/20/13 | J | | |
| 864. | | | | | Buy (add'l) | 11/13/13 | K | | |
| 865. | | | | | Sold (part) | 03/28/13 | J | C | |
| 866. - Regency Energy Partners LP, PTP | | | | | | | | | |
| 867. - Spectra Energy Partners LP, PTP | | | | | Buy (add'l) | 03/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 04/03/13 | K | | |
| 869. | | | | | Buy (add'l) | 06/12/13 | K | | |
| 870. - Sunoco Logistics Partners LP, PTP | | | | | Buy (add'l) | 01/07/13 | K | | |
| 871. | | | | | Buy (add'l) | 01/31/13 | K | | |
| 872. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 873. | | | | | Buy (add'l) | 03/12/13 | K | | |
| 874. | | | | | Buy (add'l) | 03/27/13 | K | | |
| 875. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 876. | | | | | Buy (add'l) | 12/30/13 | K | | |
| 877. | | | | | Sold (part) | 11/22/13 | J | D | |
| 878. - Targa Resources Partners LP, PTP | | | | | Sold (part) | 03/20/13 | K | B | |
| 879. | | | | | Sold (part) | 12/26/13 | K | D | |
| 880. - Western Gas Partners LP, PTP | | | | | Buy (add'l) | 02/06/13 | J | | See Part VIII |
| 881. - Williams Partners PTP | | | | | Sold (part) | 01/15/13 | K | | |
| 882. | | | | | Sold (part) | 01/22/13 | K | | |
| 883. | | | | | Sold (part) | 03/01/13 | K | C | |
| 884. | | | | | Sold (part) | 03/05/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold (part) | 04/26/13 | K | C | |
| 886. | | | | | Sold | 06/14/13 | K | C | |
| 887. - Hawaii St bds, municipal bds | | | | | | | | | |
| 888. - Loudoun Cty VA Bds, municipal bds | | | | | | | | | |
| 889. - MA St Dev Fin Agy Bds, municipal bds | | | | | | | | | |
| 890. - TX St Bds, municipal bds | | | | | Sold | 05/28/13 | N | C | |
| 891. - WI St Trans Rev Bds, municipal bds | | | | | | | | | |
| 892. - Charleston Cty SC municipal bds | | | | | | | | | |
| 893. - Energy Northwest WA Elec Rev municipal bds | | | | | Sold (part) | 11/26/13 | M | C | |
| 894. - Farmington CT municipal bds | | | | | Sold | 04/02/13 | N | D | |
| 895. - Frederick Cty MD municipal bds | | | | | | | | | |
| 896. - Mecklenburg Cty NC municipal bds | | | | | | | | | |
| 897. - MF Northern Funds mun money mkt (cash equiv) | | | | | | | | | See Part VIII |
| 898. - Vanguard Energy Fd-Adm (mutual fd) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 899. - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | | | | | Buy (add'l) | 02/19/13 | J | | |
| 900. | | | | | Buy (add'l) | 03/19/13 | K | | |
| 901. | | | | | Buy (add'l) | 04/03/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy (add'l) | 06/25/13 | L | | |
| 903. | | | | | Buy (add'l) | 07/10/13 | L | | |
| 904. | | | | | Buy (add'l) | 10/22/13 | K | | |
| 905. | | | | | Buy (add'l) | 11/22/13 | L | | |
| 906. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 907. | | | | | Redeemed (part) | 07/29/13 | J | | |
| 908.  - Lone Star Fund VII (U.S.), LP (priv equity) | | | | | Buy (add'l) | 02/13/13 | K | | |
| 909. | | | | | Buy (add'l) | 04/11/13 | K | | |
| 910. | | | | | Buy (add'l) | 05/08/13 | L | | |
| 911. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 912. | | | | | Buy (add'l) | 07/16/13 | K | | |
| 913. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 914. | | | | | Buy (add'l) | 10/15/13 | L | | |
| 915. | | | | | Redeemed (part) | 07/30/13 | M | | |
| 916.  - PS Opportunities Onshore LP (priv equity) | | | | | | | | | |
| 917.  - Oiltanking Partners LP (PTP) | | | | | Buy (add'l) | 02/14/13 | J | | |
| 918. | | | | | Buy (add'l) | 03/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  - Tesoro Logistics LP (PTP) | | | | | Buy (add'l) | 01/08/13 | J | | |
| 920. | | | | | Buy (add'l) | 01/09/13 | J | | |
| 921. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 922. | | | | | Buy (add'l) | 03/12/13 | K | | |
| 923. | | | | | Buy (add'l) | 09/24/13 | K | | |
| 924.  - MPLX LP (PTP) | | | | | Buy (add'l) | 02/06/13 | J | | |
| 925. | | | | | Buy (add'l) | 03/07/13 | K | | |
| 926.  - Southcross Energy Partners LP (PTP) | | | | | Sold | 02/20/13 | J | A | |
| 927.  - Western Gas Equity Partners LP (PTP) | | | | | Buy (add'l) | 01/03/13 | K | | |
| 928. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 929.  - EQT Midstream Partners, LP (PTP) | | | | | Buy (add'l) | 02/15/13 | J | | |
| 930. | | | | | Buy (add'l) | 07/17/13 | K | | |
| 931.  - Williams Cs Inc common (WMB) | | | | | Buy (add'l) | 01/04/13 | K | | |
| 932. | | | | | Buy (add'l) | 02/22/13 | K | | |
| 933. | | | | | Buy (add'l) | 03/07/13 | K | | |
| 934. | | | | | Sold (part) | 06/19/13 | J | A | |
| 935. | | | | | Sold (part) | 07/15/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - Chester Cnty, PA municipal bds | | | | | Matured | 08/15/13 | M | | |
| 937. - Honolulu, HI City & County municipal bds | | | | | Sold | 03/26/13 | N | | |
| 938. - Massachusetts St Wtr Pollutn Abate municipal bds (x) | | | | | Sold | 08/01/13 | M | | |
| 939. - PA Econ Dev Fing Auth municipal bds | | | | | | | | | |
| 940. - Pflugerville, TX municipal bds | | | | | | | | | |
| 941. - WA Multnomah & Yamhill Cntys municipal bds | | | | | | | | | |
| 942. - Falcon Edge Global, LP (private equity) | | | | | | | | | See Part VIII |
| 943. - Charlotte, NC Ctfs Partn (municipal bds) (x) | | | | | Buy | 04/18/13 | M | | |
| 944. | | | | | Sold | 09/12/13 | M | | |
| 945. - Garden St, NJ Preservation Tr (numicipal bds) (x) | | | | | Buy | 08/23/13 | M | | |
| 946. | | | | | Sold | 10/09/13 | M | D | |
| 947. - Magolia, TX Indpt Sch Dist (municipal fds)(x) | | | | | Buy | 03/28/13 | N | | |
| 948. | | | | | Sold | 05/07/13 | N | C | |
| 949. - New York, NY municipal bds (x) | | | | | Buy | 12/12/13 | M | | |
| 950. - University Utah University Revs (municipal Bds) (x) | | | | | Buy | 12/22/13 | M | | |
| 951. - MA St Sch Bldg Auth (muniicpal bds) (x) | | | | | Buy | 06/13/13 | M | | |
| 952. - Aberdeen Emerg Mkts Inst (ABEMX) mutual fd (x) | | | | | Buy | 01/08/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Buy (add'l) | 04/02/13 | P1 | | |
| 954. | | | | | Buy (add'l) | 05/31/13 | O | | |
| 955. - Frontegra MFG Global Equity Fd Instl (FMGEX) mutual fd (x) | | | | | Buy | 05/31/13 | O | | |
| 956. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 957. - Crosstek Energy LP (XTEX) (PTP) (x) | | | | | Buy | 03/12/13 | K | | |
| 958. - Genesis Energy LP (GEL) (PTP) (x) | | | | | Buy | 03/12/13 | K | | |
| 959. | | | | | Buy (add'l) | 06/10/13 | K | | |
| 960. | | | | | Buy (add'l) | 09/11/13 | L | | |
| 961. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 962. - Oneok Inc, com (OKE) (x) | | | | | Buy | 07/25/13 | K | | |
| 963. | | | | | Buy (add'l) | 07/26/13 | K | | |
| 964. | | | | | Buy (add'l) | 12/04/13 | K | | |
| 965. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 966. - Phillips 66 Partners LP (PSXP) (PTP) (x) | | | | | Buy | 07/23/13 | K | | |
| 967. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 968. - Plains GP Holdings LP (PAGP) (PTP) (x) | | | | | Buy | 10/16/13 | K | | |
| 969. - Spectra Energy Corp (SE) (x) | | | | | Buy | 06/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 07/19/13 | K | | |
| 971. | | | | | Buy (add'l) | 12/19/13 | M | | |
| 972. - Valero Energy Partners LP (VLP) (PTP) (x) | | | | | Buy | 12/11/13 | K | | |
| 973. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 974. MECM Associates II LLC (closely held) | F | Int./Div. | P2 | W | | | | | |
| 975. - Baupost Value Partners LP II | | | | | Redeemed (part) | 12/31/13 | O | | |
| 976. - Elliott Associates LP | | | | | | | | | |
| 977. - HighVista I LP | | | | | | | | | |
| 978. - Penta Asia Long Short Fd Ltd LP | | | | | Redeemed (part) | 01/25/13 | K | | |
| 979. | | | | | Redeemed (part) | 02/28/13 | K | | |
| 980. | | | | | Redeemed (part) | 04/24/13 | K | | |
| 981. | | | | | Redeemed (part) | 05/31/13 | K | | |
| 982. | | | | | Redeemed (part) | 07/10/13 | K | | |
| 983. | | | | | Redeemed (part) | 08/15/13 | K | | |
| 984. | | | | | Redeemed (part) | 10/04/13 | K | | |
| 985. | | | | | Redeemed (part) | 10/25/13 | K | | |
| 986. | | | | | Redeemed (part) | 11/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Redeemed (part) | 12/11/13 | K | | |
| 988. | | | | | Redeemed (part) | 12/16/13 | K | | |
| 989.  - X Investment Holdings co Ltd LP | | | | | | | | | |
| 990.  - Federated US Teas Cash Rsv money market (mutual fd) | | | | | Buy (add'l) | 01/25/13 | K | | |
| 991. | | | | | Buy (add'l) | 02/28/13 | K | | |
| 992. | | | | | Buy (add'l) | 04/24/13 | K | | |
| 993. | | | | | Buy (add'l) | 05/31/13 | K | | |
| 994. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 995. | | | | | Buy (add'l) | 08/15/13 | K | | |
| 996. | | | | | Buy (add'l) | 10/04/13 | K | | |
| 997. | | | | | Buy (add'l) | 10/25/13 | K | | |
| 998. | | | | | Buy (add'l) | 11/08/13 | K | | |
| 999. | | | | | Buy (add'l) | 11/22/13 | K | | |
| 1000. | | | | | Buy (add'l) | 12/17/13 | K | | |
| 1001. | | | | | Buy (add'l) | 12/31/13 | O | | |
| 1002. | | | | | Sold (part) | 01/02/13 | L | | |
| 1003. | | | | | Sold (part) | 12/20/13 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. - Vanguard Dividend Appre (mutual fd) | | | | | | | | | |
| 1005. Ishares MSCI Brazil Capped Index Fd ETF (EWZ) (mutual fd) | A | Dividend | | | Sold | 05/24/13 | L | | See Part VIII |
| 1006. First Republic Bank, Bank account | A | Interest | L | T | | | | | |
| 1007. Perry Partners, LP (private equity) | B | Dividend | K | U | | | | | |
| 1008. Local Motors Inc Ser B pfd, closely held stock | | None | M | T | | | | | |
| 1009. Local Motors Inc Ser C pfd, closely held stock | | None | M | T | Spinoff (from line 1065) | 04/23/13 | K | | See Part VIII |
| 1010. Adorme Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | K | T | | | | | |
| 1011. Northeast Bancorp (Ticker: NBN - NASDAQ) | D | Dividend | M | T | | | | | |
| 1012. Highland Capital Partners VIII, LP | | None | M | U | Buy (add'l) | 09/26/13 | J | | |
| 1013. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 1014. New Jersey St bds, municipal bds | D | Interest | N | T | | | | | |
| 1015. TX St Bds, municipal bds | D | Interest | | | Sold | 05/28/13 | N | E | |
| 1016. WI St Trans Rev Bds, municipal bds | D | Interest | | | Sold (part) | 03/26/13 | M | E | |
| 1017. | | | | | Sold | 04/02/13 | M | D | |
| 1018. Charleston Cty SC municipal bds | D | Interest | M | T | Sold (part) | 05/28/13 | N | | |
| 1019. Energy Northwest WA municipal bds | D | Interest | N | T | Sold (part) | 12/23/13 | M | D | |
| 1020. Farmington CT municipal bds | C | Interest | | | Sold | 04/02/13 | N | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. MA St Sch Bldg municipal bds | C | Interest | M | T | Buy (add'l) | 06/13/13 | N | | |
| 1022. | | | | | Sold (part) | 11/23/13 | M | | |
| 1023. | | | | | Sold (part) | 12/23/13 | M | C | |
| 1024. Medina Cty OH municipal bds | D | Interest | N | T | | | | | |
| 1025. Oregon St municipal bds | D | Interest | N | T | | | | | |
| 1026. Salt River Proj AZ municipal bds | A | Interest | | | Matured | 01/01/13 | M | | |
| 1027. Sutton, MA municipal bds | D | Interest | | | Sold | 04/02/13 | N | E | |
| 1028. Vanguard Developed Mkts Index-Inv (mutual fd) | | None | | | Sold | 04/01/13 | O | | |
| 1029. Vanguard Dividend Appre (mutual fd) | D | Dividend | O | T | Sold (part) | 04/01/13 | P1 | G | |
| 1030. Vanguard Energy Fd-Adm (mutual fd) | F | Dividend | P1 | T | Buy (add'l) | 12/17/13 | K | | |
| 1031. Artemis Real Est Partnrs Fd I LP | G | Distribution | P1 | W | Buy (add'l) | 01/10/13 | M | | |
| 1032. | | | | | Buy (add'l) | 03/25/13 | K | | |
| 1033. | | | | | Buy (add'l) | 04/17/13 | M | | |
| 1034. | | | | | Buy (add'l) | 06/26/13 | M | | |
| 1035. | | | | | Buy (add'l) | 07/08/13 | M | | |
| 1036. | | | | | Buy (add'l) | 10/31/13 | M | | |
| 1037. | | | | | Buy (add'l) | 12/17/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. Merchants Gate Onshore Fd LP (priv equity) | | None | N | W | Sold (part) | 12/31/13 | P1 | G | |
| 1039. Properitas Real Est Partners III LP (private equity) | E | Distribution | M | W | Buy (add'l) | 01/18/13 | J | | |
| 1040. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1041. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 1042. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 1043. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 1044. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 1045. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 1046. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 1047. Properitas Real Est Partners IIIA LP (private equity) | E | Distribution | M | W | Buy (add'l) | 01/18/13 | J | | |
| 1048. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1049. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 1050. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 1051. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 1052. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 1053. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 1054. | | | | | Buy (add'l) | 09/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. Properitas Real Est Partners IIIB LP (private equity) | E | Distribution | O | W | Buy (add'l) | 01/18/13 | J | | |
| 1056. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 1057. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 1058. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 1059. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 1060. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 1061. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 1062. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 1063. PS Opportunities Onshore LP (priv equity) | | None | P1 | U | | | | | |
| 1064. Liveprocess Corp Ser B pfd | | None | J | W | | | | | |
| 1065. Local Motors Inc CV Note 4% due 12/31/99 | | None | | | Distributed | 04/23/13 | K | | See Part VIII |
| 1066. USHI Incorporated ord shs (closely held stock) | | None | J | W | | | | | |
| 1067. UBS Bank USA deb account (cash equiv-IRA asset) | A | Interest | M | T | | | | | |
| 1068. Trust # 29 | | | | | | | | | |
| 1069. - Vanguard Dividend Appre (mutual fd) | D | Dividend | | | Buy (add'l) | 03/21/13 | J | | |
| 1070. | | | | | Sold | 04/01/13 | P1 | G | |
| 1071. - PIMCO Emerging Mkts Curr Instl (mutual fd) | A | Dividend | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. - Plymouth Rock Co Inc OC Cl A com stock (closely held) | | None | P1 | T | | | | | See Part VIII |
| 1073. - Merchants Gate Onshore Fund LP (priv equity) | | None | P1 | U | | | | | |
| 1074. - Federated US Treas Cash Rsv money mkt | A | Dividend | K | T | Buy (add'l) | 04/02/13 | P1 | | |
| 1075. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 1076. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 1077. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 1078. | | | | | Sold (part) | 04/03/13 | P1 | | |
| 1079. - Hephaestion IV LP (private equity | C | Distribution | M | U | | | | | |
| 1080. - MECM Assoc LLC (closely held) | | None | | | | | | | See Part VIII |
| 1081. - Aberdeen Emerging Mkts-inst, mutual fd | D | Dividend | O | T | | | | | |
| 1082. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fd (x) | F | Dividend | P1 | T | Buy | 04/03/13 | P1 | | |
| 1083. | | | | | Buy (add'l) | 12/20/13 | K | | |
| 1084. Trust # 30 | | | | | | | | | |
| 1085. - Vanguard Dividend Appre (mutual fd) | D | Dividend | N | T | Distributed (part) | 09/17/13 | N | | |
| 1086. - Ptolemy Finance LLC (private equity) | | None | P1 | U | | | | | |
| 1087. - Federated US Treas Cash Rsv money mkt cash equiv (x) | | None | J | T | Buy (add'l) | 03/25/13 | J | | |
| 1088. | | | | | Buy (add'l) | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 1090. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 1091. | | | | | Sold (part) | 09/18/13 | K | | |
| 1092. Trust # 31 | D | Int./Div. | P1 | W | | | | | |
| 1093. - iShares MSCI Brazil Capped Index Fd ETF (EWZ) (mutual fd) | | | | | Sold | 05/24/13 | M | | See Part VIII |
| 1094. - SPDR Gold Trust (mutual fd) | | | | | | | | | |
| 1095. - Vanguard Dividend Appre (mutual fd) | | | | | | | | | |
| 1096. - Vanguard Emerging Markets (mutual fd) | | | | | | | | | |
| 1097. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 1098. - Federated US Treas Cash Rsv money mkt cash eq | | | | | Buy (add'l) | 04/08/13 | J | | |
| 1099. | | | | | Buy (add'l) | 05/30/13 | M | | |
| 1100. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 1101. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 1102. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 1103. | | | | | Sold (part) | 04/10/13 | J | | |
| 1104. | | | | | Sold (part) | 05/09/13 | J | | |
| 1105. | | | | | Sold (part) | 06/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 69 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold (part) | 09/06/13 | J | | |
| 1107. Hephaestion IV LP (private equity) | | None | N | U | | | | | |
| 1108. Learn Our History LLC (private equity) | | None | L | U | | | | | |
| 1109. Patagonia Sur, LLC (private equity) | | None | N | U | | | | | |
| 1110. Tekne Partners, LP (private equity) | | None | P1 | U | | | | | |
| 1111. Lime Rock Partners VI LP (private equitu) | F | Distribution | O | U | Buy (add'l) | 01/25/13 | K | | |
| 1112. | | | | | Buy (add'l) | 03/21/13 | K | | |
| 1113. | | | | | Buy (add'l) | 04/22/13 | L | | |
| 1114. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 1115. | | | | | Buy (add'l) | 09/23/13 | K | | |
| 1116. | | | | | Buy (add'l) | 12/26/13 | K | | |
| 1117. MA St Fed Hwy municipal bds | A | Interest | | | Sold | 09/17/13 | M | A | |
| 1118. Boston MA municipal bds | A | Interest | | | Matured | 04/01/13 | N | | |
| 1119. Honolulu, HI City & Cnty municipal Bd | C | Interest | | | Sold | 03/26/13 | N | C | |
| 1120. Cherry Hill Twp NJ municipal bd | B | Interest | | | Sold | 04/02/13 | M | | |
| 1121. Metropolican St Louis, MO municipal fd | C | Interest | M | T | | | | | |
| 1122. Nebraska Pub Pwer municipal bd | A | Interest | | | Sold | 04/02/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 70 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. PA Exon Dev Auth municipal bds | B | Interest | M | T | Sold (part) | 03/26/13 | M | | |
| 1124. WA Mutnomah & Yamhill Cntys municipal bds | D | Interest | M | T | Sold (part) | 11/26/13 | M | | |
| 1125. | | | | | Sold (part) | 12/23/13 | M | | |
| 1126. Aberdeen Emerging Mkts-Inst (mututal fd) | E | Dividend | | | Buy (add'l) | 01/18/13 | P1 | | |
| 1127. | | | | | Buy (add'l) | 04/02/13 | P1 | | |
| 1128. | | | | | Buy (add'l) | 05/31/13 | P1 | | |
| 1129. | | | | | Sold (part) | 08/27/13 | P1 | | |
| 1130. | | | | | Sold | 12/23/13 | P1 | | |
| 1131. Glidewell Ltd Ser A Pfd stock | | None | J | T | | | | | |
| 1132. Good Life Beverages Inc convertible note dtd 6/15/12 | | None | | | Redeemed | 08/28/13 | K | | See Part VIII |
| 1133. Instinct Health Science Inc Ser seed pfd | | None | | | Sold | 02/04/13 | K | | |
| 1134. Local Motors convertible Note & warrants (pfd stk agmt) | | None | K | T | | | | | |
| 1135. Neurophage Pharmls Inc Ser B-1 pfd | | None | J | T | | | | | |
| 1136. Glidewell Ltd conv note 4% 12/29/13 (closely held) (x) | | None | J | T | Buy | 01/02/13 | J | | |
| 1137. HST Solar Farms Inc Conv Note 6% due 6/30/14 (closely held) (x) | | None | K | T | Buy | 11/12/13 | K | | |
| 1138. Local Motors Inc Conv Note 4$ due on Demand (closely held) (x) | | None | K | T | Buy | 03/05/13 | K | | |
| 1139. Neurophage Pharmls Inc Ser C Pfd stock (closely held) (x) | | None | J | T | Buy | 10/11/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. Trust # 32 (x) | B | Dividend | P1 | T | | | | | Amended See Part VIII |
| 1141. - Int in MECM Investments LLC (closely held) (x) | | | | | Open | 12/11/13 | N | | |
| 1142. - SPDR Gold Trust (GLD) (x) | | | | | Open | 12/11/13 | K | | |
| 1143. - Vanguard Dividend Appre (VDAIX) mutual fd (x) | | | | | Open | 12/11/13 | M | | |
| 1144. - Vanguard Emerging Markets (VEIEX) mututal fd (x) | | | | | Open | 12/11/13 | M | | |
| 1145. - Federated US Treas Cash Rsv, cash eq mutual fd (x) | | | | | Buy | 12/11/13 | N | | |
| 1146. | | | | | Sold (part) | 12/16/13 | J | | |
| 1147. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 1148. Garden St NJ Preservation Tr municipal bds (x) | A | Interest | | | Buy | 08/23/13 | M | | |
| 1149. | | | | | Sold | 10/09/13 | M | D | |
| 1150. New York, NY municipal Bds (x) | | None | N | T | Buy | 12/12/13 | N | | |
| 1151. Prince Georges Cnty, MD municipal bds (x) | B | Interest | M | T | Buy | 02/05/13 | M | | |
| 1152. University Utah University Revs municipal bds (x) | | None | M | T | Buy | 10/22/13 | M | | |
| 1153. Acacia Conservation Fund LP (private equity) (x) | | None | P1 | W | Buy | 12/27/13 | P1 | | |
| 1154. Caravel Fund (Onshore) LP (private equity) (x) | | None | P1 | W | Buy | 08/29/13 | P1 | | |
| 1155. Compass DRR Mexico F1-2 Limited (private equity) (x) | | None | N | W | Buy | 08/30/13 | N | | |
| 1156. Frontegra MFG Global Equity Fd Inst (FMGEX) mutual fd (X) | E | Dividend | P1 | T | Buy | 05/31/13 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 1158. Independent Franchise Partners US Equity (IFPUX) mutual fd (X) | F | Dividend | P1 | T | Buy | 04/02/13 | P1 | | |
| 1159. | | | | | Buy (add'l) | 12/23/13 | K | | |
| 1160. Innovation works Development Fd II, LP (private equity) (x) | | None | M | U | Buy | 01/16/13 | L | | |
| 1161. | | | | | Buy (add'l) | 11/08/13 | L | | |
| 1162. Kensixo Associates LP (private equity) (x) | | None | P1 | U | Buy | 03/28/13 | P1 | | |
| 1163. Lone Star Fund VIII (US) LP (private equity) (x) | A | Distribution | M | U | Buy | 09/06/13 | M | | |
| 1164. | | | | | Buy (add'l) | 12/03/13 | L | | |
| 1165. Marathon Global Fd International Eq (private equity) (x) | | None | P1 | U | Buy | 12/26/13 | P1 | | |
| 1166. Market Vectors Gold Miners ETF (GDX) (x) | | None | | | Buy | 08/21/13 | P1 | | |
| 1167. | | | | | Sold | 09/24/13 | P1 | | |
| 1168. RNPF Co Invest LLC (private equity) (x) | | None | M | U | Buy | 03/07/13 | M | | |
| 1169. RP Holdings Fund II, LLC (private equity) (x) | | None | M | U | Buy | 09/27/13 | K | | |
| 1170. | | | | | Buy (add'l) | 10/03/13 | M | | |
| 1171. | | | | | Buy (add'l) | 12/26/13 | K | | |
| 1172. Velos Partners Fund I LP (private equity) (x) | | None | M | U | Buy | 05/07/13 | J | | |
| 1173. | | | | | Buy (add'l) | 07/09/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 73 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. | | | | | Buy (add'l) | 09/03/13 | L | | |
| 1175. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 1176. | | | | | Buy (add'l) | 12/20/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -
NOTATION FOR AMENDED REPORT DATED 10/5/2014 - -
For Positions 1 & 2, "(See Part VIII)" has been added to the Name of Organization/Entity to direct the reader to the additional explanation below..

NOTATION CARRYOVER FROM ORIGINAL ANNUAL REPORT DATED 5/13/2014 -
A. Reference is made to Trust #3 and Trust #4 of which J. Saris is a co-trustee. All asssets have been separately reported on the FDR and properly disclosed.

Part VII. Investments and Trusts -
NOTATION CARRYOVER FROM ORIGINAL ANNUAL REPORT DATED 5/13/2014 -
A. Items listed on calendar year 2012 Financial Disclosure Report (FDR) and excluded for calendar year 2013 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

B. 2013 FDR, Part VII, notations -
NOTATIONS FOR AMENDED REPORT DATED 10/5/2014-
Items 597 thru 638 for RBC Dominion Securities Inc have been reformatted from Aggregate Ownership Arrangement reporting format to per asset detail. The original aggregate market value reflected a typo of P2 vs the correct aggregate market value on 12/31/2013 of P1.
Item 608 description has been revised to correct the due date from 6/1/2014 to 12/1/2016, and the sale has properly been reported as a partial sale, not a full sale.
Item 617 description has been revised to correct the due date from 3/2/2016 to 3/2/2015.
Item 1140 Trust # 32(x) the Aggregate Ownership Arrangement reporting of this trust on the original annual report dated 5/13/2014 inadvertently omitted the values for columns B (1) & (2), and columns C (1) & (2). This amended annual report properly discloses the values.

NOTATIONS CARRYOVER FROM ORIGINAL REPORT DATED 5/13/2014 -
In Column D(1) Type: "Open" has been used when any financial accounts were opened. "Open" has also been used as the "Type" for all in-kind security contributions or receipts.
In Column D(1) Type: "Closed" has been used when a separate financial account was closed.

Item    3: Bank of America - asset is no longer reportable and will be deleted on 2014 FDR.
Items    7 & 13: Column D(1) reports a partial or full redemption of interests in the respective assets. Column D(4) correctly reflects no reportable gain for each item.
Items    72 & 74: "Open" has been used to report the receipt of SPDR Gold Trust (GLD) to Trust # 5.
Item    76: Trust # 9, being items 77 through 84, terminated and fully distributed on 12/11/13.
Items    77, 556, 576, 645, 1005, 1093: iShares MSCI Brazil Capped Index Fd ETF (EWZ) changed its name from iShares MSCI Brazil Index Fd as reported on 2012 FDR.
Item    109 & 538: MA Water Pollution Municipal Bonds - 2012 FDR item 80 reported 12/31/12 value of K. The value should have been M to reflect an additional purchase on 5/22/12 -- this purchase was erroneously reported as an additional purchase of MA Health & Ed Municipal Bonds 2012 FDR item 529. The partial maturity of MA Health & Ed municipal bonds on 2012 FDR item 528 should have been a full maturity. There was no change to the combined 2012 values for the 2012 items 80 & 528, and thus no underreporting in 2012.
Item    119: US Wetheim LLC - a full withdrawal of interest was reported on 2012 FDR (item 90). A final distributioin was received in 2013 and reported in column B. There correctly is no value for this asset on 12/31/13.
Item    120: MFB Northern municipal money market daily detail activity was not available at filing. The asset value in column C(1) reflects the actual "gross value" as of 12/31/13.
Item    123: Plymouth Rock Co Inc OC Cl A - This asset did not pay any dividends in 2013. Column B(2) correctly reports 'None'.
Item    171: Wavemark Inc Ser A Pfd - Wavemark, a closely held company, was acquired by Cardinal Health in 2013. Cash received has been reported in Column B, and an estimated value of the holding as of 12/31/13 as estimated by the company has been reported in column C. Also see item 523.
Items 185 & 187: SPDR Gold Tr - a partial donation of shares was made on two separate dates during 2013, therefore "Donated (part)" has been reported twice.
Item    456: Portland Global Real Est Sec Fd LP - asset is no longer reportable and will be deleted on 2014 FDR.
Item    457: Blackstone Distressed Securities Fd LP - asset is no longer reportable and will be deleted on 2014 FDR.
Items 489, 499, 509, 519: Realty Associates Fd IV LLC - Column D(1) reports a partial or full redemption of interests in the respective assets. Column D(4) correctly reflects no reportable gain for each item.
Item    523: Wavemark Inc Ser B Pfd - Wavemark, a closely held company, was acquired by Cardinal Health in 2013. Cash received has been reported in Column B, and an estimated value of the holding as of 12/31/13 as estimated by the company has been reported in column C. Also see item 171.
Item    538: MA Health & Ed Municipal Bds - asset is no longer reportable and will be deleted on 2014 FDR. See item 109 & 538 above.
Item    539: MECM Associates LLC closely held - The LLC being items 540 through 549 is an asset of Trust # 29 (item # 1068) - its item # 1080. The LLC's assets, values and activity will continue to be separately stated.
Item    541: Baupost Value Partners Lp II - Column D(1) reports a partial redemption of interest in the respective assets. Column D(4) correctly reflects no reportable gain.
Item    639: Gold boullion - The 12/31/13 value correctly reflects a decrease in the value of gold over 12/31/12 and thus, a value change from P2 to P1. There was no sale and no distribution in 2013 of the asset.
Item    647: Int in MECM Associates II LLC (closely held) - See 2013 FDR items # 975 through 1004 for assets, values and activity.
Item    880: Western Gass Partners, LP PTP: The spelling of the asset name has been corrected. 'Western' was formerly reported as 'Weston'.
Item    897: MFB Northern municipal money market daily detail activity was not available at filing. The net asset value as of 12/31/13 held in MECM Investments LLC was unchanged from 12/31/12, therefore there are correctly no entries in Columns D.
Item    942: Falcon Edge Global, LP - The spelling of the asset name has been corrected. 'Global' was formerly reported as 'Glocal'.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 1009: Local Motors Inc Ser C pfd - Additional shares were received on 4/23/13 from the conversion of Local Motors CV Note 4% due 12/31/99, item #1065. "Spinoff (from line 1065)" has been used in the transaction activity to report this conversion.

Item 1065: Local Motors Inc CV Note 4% due 12/31/99 - The Note was converted to Local Motors Inc Ser C pfd stock. See item # 1009.

Item 1071: PIMCO Emerging Mkts Curr Instl - All shares of this asset were sold in 2012. On 1/2/13 a dividend was received and reported in column B. This asset has no value as of 12/31/13 and will be removed from the 2014 FDR.

Item 1072: Plymouth Rock Co Inc OC Cl A - This asset did not pay any dividends in 2013. Column B(2) correctly reports 'None'.

Item 1080: MECM Assoc LLC - See item 539.

Item 1132: Good Life Beverages Inc convertible note dtd 6/15/12 - Good Life Beverages has been reported as fully redeemed. The company paid a liquidating distribution received on 8/2/13. No gain was realized, and the asset has no value as of 12/31/13.

Item 1140: Trust # 32 - this is a new reportable trust. "Open" has been used to report the receipt of the trust's assets (ref. items 1141 through 11145).

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ PATTI B. SARIS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544